March 27, 1914.) Action by Guillaume Reusens against Julian M. Girard and others. No opinion. Motion granted; question to be certified on settlement of order. Settle order on notice. See, also, 160 App. Div. 625, 146 N. Y. Supp. 86.

---

RICHTER, Respondent, v. KRATENSTEIN, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Actions by Herman Richter against Lena Kratenstein. No opinion. Motions denied, with $10 costs.

---

RING, Respondent, v. MAIN PAPER STOCK CO., Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by John Ring against the Main Paper Stock Company. C. S. Petrasch, of New York City, for appellant. A. Ruger, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

RITTS, Respondent, v. BUFFALO & W. ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by John V. Ritts, against the Buffalo & Williamsville Electric Railway Company.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., dissents, upon the ground that plaintiff does not own the fee of the land in the highway. The title of his grantor, Thayer, extended only to its north line.

---

ROBERT S. DENHAM CO., Respondent, v. SALT, Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Appeal from Special Term, New York County. Action by the Robert S. Denham Company against Edwin E. Salt. From an order denying a motion to open a default, and from an order denying a motion for reargument of such motion, defendant appeals. Reversed. See, also, 159 App. Div. 881, 143 N. Y. Supp. 892. George P. Breckenridge, of New York City, for appellant. Earl D. Deremer, of Brooklyn, for respondent.

PER CURIAM. The order denying the motion to open the default should be reversed, with $10 costs and disbursements, and the motion to open the default and set aside the judgment granted, on payment of the costs as taxed. The order denying the motion for a reargument of the motion to open the default is affirmed, without costs to either party.

---

In re ROBERTS. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) In the matter of the application of John R. Roberts, a creditor, for an order directing the disposition of real property of Abby A. Parsons, deceased, to pay debts.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs. Held that, assuming appellants to have an equitable right to require the joint property of the makers of the claimant's note to be first applied toward the payment of the joint debt of the makers of the note before resort is had to the individual property of the joint makers, still such relief can only be had in a court having equitable jurisdiction. This the Surrogate did not have. Appellants' remedy, if any, is by an equitable action.

ROBSON, J., not sitting.

---

ROBERTS v. SCHANZ. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Martin Roberts against Joseph Schanz. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 139, 144 N. Y. Supp. 824.

---

ROBERTSON, Respondent, v. ROBERTSON, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Lena B. Robertson against Arthur G. Robertson. A. A. Hovell, of Brooklyn, for appellant. P. B. Adams, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to serve amended answer on payment of costs. Order filed.

---

ROCK v. ROCK. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by William T. Rock against Anna A. Rock. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

---

ROESLER, Respondent, v. DUNKIRK HOME TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Eva Roesler, an infant, etc., against the Dunkirk Home Telephone Company.

PER CURIAM. Order denying motion for new trial upon ground of newly discovered evidence affirmed, with costs. Judgment and order denying motion for new trial upon the minutes of the court reversed, and new trial granted, with costs to appellant to abide event. Held, that the exception to the charge permitting the jury to award damages for permanent injuries and the refusal to charge specifically upon that subject as requested present error.

---

ROGERS, Appellant, v. BENSEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by William T. Rogers against Albert V. Bensen. No opinion. Judgment and order unanimously affirmed, with costs.

---

ROSEMAN, Respondent, v. HENSLE CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Hyman Roseman against the Hensle Construction Company. C. Winter, of